JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODNEY BERNARD ELPHEAGE, | ) | No. EDCV 08-1147-MMM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| S. A. HOLENCIK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED:  December 30, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge